**CLEAR WITH COMPUTERS, LLC, Plaintiff–Appellee,**

v.

**HYUNDAI MOTOR AMERICA, INC., Defendant–Appellant.**

No. 2012–1291.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2013.

Marc A. Fenster, Russ August & Kabat, of Los Angeles, CA, argued for plaintiff-appellee. With him on the brief were Jules L. Kabat, Alexander C.D. Giza, Adam S. Hoffman and Benjamin Wang. Of counsel were James A. Fussell, III., Spangler & Fussell P.C., of Alexandria, VA., and Andrew W. Spangler, Spangler Law, P.C., of Longview, TX.

Gene C. Schaerr, Winston & Strawn, LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were Geoffrey P. Eaton and Jacob R. Loshin.

MOORE, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**